# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                      NO. 4:17CR00356-001 SWW

TREY B. PHILLIPS                                              DEFENDANT

## ORDER

The above entitled cause came on for hearing March 14, 2018 on government's superseding motion to revoke the supervised release previously granted this defendant in the United States District Court for the Northern District of Mississippi. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke defendant's supervised release [doc #13] is *granted* and defendant's supervised release is hereby *revoked*. Defendant shall serve a term of imprisonment of **FOURTEEN (14) MONTHS** in the custody of the Bureau of Prisons. The Court recommends the defendant participate in non-residential substance abuse treatment during incarceration. The Court further recommends that defendant be incarcerated in FCI Marianna, Florida.

There will be *NO* supervised release to follow.

IT IS FURTHER ORDERED that defendant is remanded to the custody of the U.S. Marshal Service.

DATED this 15th day of March 2018.

/s/Susan Webber Wright
United States District Judge